**Order entered November 23, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00617-CV

### IN THE INTEREST OF P.H., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

### ORDER

Before the Court is the Department's November 21, 2022 second motion for extension of time in which to file its brief. The Department seeks a seven-day extension.

Our order granting the first extension cautioned that further extension motions would not be entertained due to this parental termination appeal having an accelerated disposition date. Nonetheless, we **GRANT** the motion to the extent we **ORDER** the brief be filed **no later than November 28, 2022.**

/s/     BILL PEDERSEN, III
         JUSTICE